# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-14-00513-CV

A. H., Appellant

v.

Texas Department of Family and Protective Services, Appellee

FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
NO. 13-15922, HONORABLE BENTON ESKEW, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

After a non-jury trial, the county court at law terminated appellant A.H.'s parental rights to a child, Alice.[1] The trial court found that appellant committed several acts and omissions justifying termination of his parental rights. *See* Tex. Fam. Code § 161.001(1)(B)-(F), (N), (O). The trial court also found that termination of his parental rights was in the child's best interest.

Appellant's court-appointed appellate counsel has filed a brief in which he discusses the record, the elements of the cause of action, and the standard of review and concludes that appellant has no arguable grounds for appeal and that his appeal is wholly frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967); *High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. 1978); *see also Taylor v. Texas Dep't of Protective & Regulatory Servs.*, 160 S.W.3d 641, 646-47 (Tex. App.—Austin 2005, pet. denied) (applying *Anders* procedure in appeal from

---

[1] Alice is an alias used to shield the child's identity. *See* Tex. R. App. P. 9.8.

termination of parental rights).  Appellant's counsel has certified to this Court that he provided appellant with a copy of the brief, along with a notice advising appellant of his right to examine the appellate record and to file a pro se brief.  No pro se brief has been filed.

Having thoroughly reviewed the record and counsel's brief, we agree with counsel's assessment that the appeal is frivolous and without merit.  We affirm the judgment and grant appellant's counsel's motion to withdraw as counsel.

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Affirmed

Filed:  November 5, 2014